UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
------------------------------------------------------------X
R. TIMOTHY CURRAN,

on his own behalf and on behalf of all others
similarly situated

                      Plaintiffs,

                      v.                      Civil No. MJG 00-cv-3276

A.G. EDWARDS, INC. RETIREMENT
AND PROFIT SHARING PLAN,

                      Defendant.
------------------------------------------------------------X

### NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff hereby dismisses this action without prejudice.

Dated: November 8, 2000

                                                     Marc L. Jordan
                                                     Bar No. 25795
                                                     Jordan & Tell LLP
                                                     7340 Grace Drive, Suite 105
                                                     Columbia, Maryland 21044-2470
                                                     (443) 535-0040
                                                     Attorney for Plaintiff

So ORDERED
11/14/00

4